UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 08 CIV 4551

| | |
|---|---|
| **Marvin Garcia, on behalf of himself and all others similarly situated,** ) <br> ) <br> *Plaintiff,* ) <br> ) <br> vs. ) <br> ) <br> **Lending Tree, LLC,** ) <br> ) <br> *Defendant.* ) | **AFFIDAVIT OF SERVICE OF PROCESS** |

Know all men by these presents that I, **Jennifer K. Taylor**, assigned to duly execute this service upon **Lending Tree, LLC**, do hereby depose and say that:

1.) I am a Professional Process Server of suitable age and qualification to execute said service.
2.) I am a disinterested third party to the pending legal action.
3.) On the 20th of May, 2008, at approximately 4:57 p.m. at the address of **National Registered Agents, Inc., 120 Penmarc Drive, Suite 118, Raleigh, North Carolina, 27603**, I duly executed service upon **Lending Tree, LLC**, by personally delivering a copy of the **Summons in a Civil Action and Complaint** to Pauline Purvis, process server specialist at National Registered Agents, Inc. registered agent.

FURTHER, AFFIANT SAYETH NOT.

*Jennifer K. Taylor*
Jennifer K. Taylor
Professional Process Server
Judicial Process of North Carolina

Sworn and subscribed before me this 21st day of May, 2008.

*Carmen I. Gonzalez*
Notary Public

My commission expires February 27, 2013.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

MARVIN GARCIA,
on behalf of himself and all
others similarly situated,

Plaintiff,

V.

LENDING TREE, LLC,

Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER

08 CIV 4551

TO: (Name and address of Defendant)

Marvin Garcia
1959 McGraw Avenue
Bronx, New York 10462

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Meiselman, Denlea, Packman, Carton & Eberz P.C.
1311 Mamaroneck Avenue
White Plains, New York 10605

an answer to the complaint which is served on you with this summons, within __Thirty (30)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

DATE    MAY 1 6 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

**RETURN OF SERVICE**

Service of the Summons and complaint was made by me[1]
DATE: 5/20/08

NAME OF SERVER (PRINT): Jennifer K. Taylor
TITLE: Professional Process Server

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
National Registered Agents, Inc.
120 Penmarc Drive, Ste 118, Raleigh, NC 27603

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/20/08

Signature of Server: Jennifer K. Taylor

Address of Server: 5 W. Hargett St, Ste 401, Raleigh NC 27601

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.