Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARVIN GARCIA,
on behalf of himself and all
others similarly situated,

        Plaintiff,

v.

LENDING TREE, LLC,

        Defendant.

Civ. No. 08-4551 (JSR)(HP)

Class Action Complaint

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08
```

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that Defendant Lending Tree LLC's time to answer or otherwise respond to the Complaint is hereby extended to and including June 30, 2008.

Dated: New York, New York
      June 5, 2008

_____
Jeffrey I. Carton, Esq.
Jerome Noll, Esq.
MEISELMAN, DENLEA,
PACKMAN, CARTON
& EBERZ, P.C.
1311 Mamaroneck Avenue
White Plains, NY 10605
(914) 517-5000

Attorneys for Plaintiff
Marvin Garcia

_____
Mark Melodia, Esq.
Danielle J. Marlow, Esq.
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
(212) 521-5400

Attorneys for Defendant
Lending Tree, LLC

SO ORDERED

_____
U.S.D.J.
6-17-08