UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARVIN GARCIA,
on behalf of himself and all
others similarly situated,

   Plaintiff,

v.

LENDING TREE, LLC,

   Defendant.

Civ. No. 08-4551 (JSR)(HP)

Class Action Complaint

---

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Defendant, Lending Tree, LLC. I certify that I am admitted to practice in this court.

Dated: New York, New York
   June 26, 2008

*/s/ Danielle J. Marlow*

Danielle J. Marlow (DM 2980)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
Attorneys for Defendant
Lending Tree, LLC

NYLIB-8032205.1 6/26/08 10:44 AM