Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARVIN GARCIA,
on behalf of himself and all
others similarly situated,

    Plaintiff,

v.

LENDING TREE, LLC,

    Defendant.

Civ. No. 08-4551 (JSR)(HP)

Class Action Complaint

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-27-08

---

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that Defendant Lending Tree LLC's time to answer or otherwise respond to the Complaint is hereby extended to and including July 31, 2008.

Dated: New York, New York
       June 23, 2008

_____
Jeffrey I. Carton, Esq.
Jerome Noll, Esq.
MEISELMAN, DENLEA,
PACKMAN CARTON
& EBERZ, P.C.
1311 Mamaroneck Avenue
White Plains, NY 10605
(914) 517-5000

Attorneys for Plaintiff
Marvin Garcia

_____
Mark Melodia, Esq.
Danielle J. Marlow, Esq.
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
(212) 521-5400

Attorneys for Defendant
Lending Tree, LLC

SO ORDERED:

_____
USDJ

6-27-08

NYLIB-9027825.1 6/24/08 1 57 PM