Jeffrey I. Carton
Jerome Noll
MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
1311 Mamaroneck Avenue
White Plains, New York 10605
(914) 517-5000
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MARVIN GARCIA,                                    Civ. No. 08-4551 (JSR) (HP)
on behalf of himself and all
others similarly situated,                        **PLAINTIFF'S RULE 33.3(a)**
                                                  **INTERROGATORIES TO**
                                                  **DEFENDANT**

                              Plaintiff,

              -against-


LENDING TREE, LLC,

                              Defendant.
-------------------------------------------------------------------X

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, and Rule 33.3(a) of

the Local Rules of the Southern District of New York, Plaintiff Marvin Garcia ("Plaintiff"),

through his counsel, propounds the following interrogatories to Defendant Lending

Tree, LLC, ("Defendant"), to be answered under oath within the time period specified by

the Federal Rules of Civil Procedure.  These interrogatories are continuing in character

so as to require Defendant to amend and supplement its responses if Defendant

obtains additional or different information before trial and to serve upon Plaintiff all such

amended or supplemental responses.

## DEFINITIONS AND INSTRUCTIONS

1.    The definitions and instructions of Rule 26.3 of the Local Rules of the Southern District of New York are incorporated by reference as though fully set forth herein.

2.    "You" or "Defendant" shall mean Defendant Lending Tree, LLC.

## INTERROGATORIES

1.    Identify all persons with knowledge or information relevant to the subject matter of this action.

2.    Identify the existence, custodian, location and general description of relevant documents, and provide a general description of any such documents.

Dated:      July 1, 2008
            White Plains, New York

                            MEISELMAN, DENLEA, PACKMAN,
                            CARTON & EBERZ P.C.

              By:           _____
                            Jerome Noll (JN7542)
                            1311 Mamaroneck Avenue
                            White Plains, New York 10605
                            (914) 517-5000

                            Attorneys for Plaintiffs

TO:    Danielle J. Marlow, Esq.
       REED SMITH LLP
       599 Lexington Avenue
       New York, New York 10022
       (212) 521-5400

00208997.WPD

2