## CERTIFICATE OF SERVICE

I certify that on July 1, 2008, I caused to be served a true copy of Plaintiff's Rule 33.3(a) Interrogatories to Defendant via e-mail and U.S. Mail upon the following counsel of record:

>Danielle J. Marlow, Esq.
>REED SMITH LLP
>599 Lexington Avenue
>New York, New York 10022

By: _____
Jerome Noll (JN7542)

00208682.WPD