UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARVIN GARCIA,                                                           Civ. No. 08-4551 (JSR) (HP)
on behalf of himself and all
others similarly situated,

                         Plaintiff,

     -against-

LENDING TREE, LLC,

                        Defendant.
-----------------------------------------------------------------X

### NOTICE OF RULE 41(a)(1) DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, MARVIN GARCIA, discontinues the above-entitled action and dismisses the complaint without prejudice.

Dated:   July 28, 2008
          White Plains, New York

                                     MEISELMAN, DENLEA, PACKMAN,
                                     CARTON & EBERZ P.C.

                 By:   _____
                           Jerome Noll (JN7542)
                           1311 Mamaroneck Avenue
                           White Plains, New York 10605
                           (914) 517-5000

                           Attorneys for Plaintiff

TO:   Danielle J. Marlow, Esq.
       REED SMITH LLP
       599 Lexington Avenue
       New York, New York 10022
       (212) 521-5400

       Attorneys for Defendant

209791.WPD