*Kpt off, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARVIN GARCIA,                                    Civ. No. 08-4551 (JSR) (HP)
on behalf of himself and all
others similarly situated,

                Plaintiff,

    -against-

LENDING TREE, LLC,

                Defendant.
-------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7-31-08

### NOTICE OF RULE 41(a)(1) DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, MARVIN GARCIA, discontinues the above-entitled action and dismisses the complaint without prejudice.

Dated: July 28, 2008
       White Plains, New York

                                      MEISELMAN, DENLEA, PACKMAN,
                                      CARTON & EBERZ P.C.

                 By: _____
                          Jerome Noll (JN7542)
                          1311 Mamaroneck Avenue
                          White Plains, New York 10605
                          (914) 517-5000

                          Attorneys for Plaintiff

TO:  Danielle J. Marlow, Esq.
      REED SMITH LLP
      599 Lexington Avenue
      New York, New York 10022
      (212) 521-5400

      Attorneys for Defendant
209791.WPD

*[signature]*
USDJ
7-30-08

## CERTIFICATE OF SERVICE

I certify that on July 28, 2008, I caused to be served a true copy of Plaintiff's Rule 41(a) Notice of Dismissal to Defendant via e-mail and U.S. Mail upon the following counsel of record:

>Danielle J. Marlow, Esq.
>REED SMITH LLP
>599 Lexington Avenue
>New York, New York 10022

By: _____
Jerome Noll (JN7542)

209791.WPD